IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIZABETH PAYNE,<br>Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3-09CV0595-B |
| FRIENDSHIP WEST BAPTIST CHURCH, INC.,<br>Defendant | §<br>§<br>§<br>§ | |

PLAINTIFF'S APPENDIX TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT

| Tab | Document | Page No. |
|---|---|---|
| A. | Statement of Position of Friendship West to the EEOC | 1-6 |
| B. | Email from Plaintiff requesting reason for termination | 7 |
| C. | Excerpts from the deposition of Liz Moffitt | 8 - 109 |
| D. | Excerpts from the deposition of Frederick Haynes | 110 - 191 |
| E. | Excerpts from the deposition of Veta Holt | 192 - 210 |
| F. | Excerpts from the deposition of Tonya Neal | 211 - 220 |
| G. | Emails between Plaintiff and Jeremiah Wright | 221 - 234 |
| H. | Affidavit of Elizabeth Payne | 235 - 237 |

Respectfully submitted,

s/Susan E. Hutchison
Texas Bar No. 10354100
Email: hutch@seeyouincourt.com

S. Rafe Foreman
Texas Bar No. 07255200
Email: warriorforjustice@seeyouincourt.com

Kern A. Lewis
Texas Bar No. 12295320
Email: lewis@seeyouincourt.com

FOREMAN, LEWIS & HUTCHISON, P.C.
611 S Main Street
Westwood Centre, Suite 700
Grapevine, Texas 76051
(817) 336-5533
FAX: (817) 336-9005

ATTORNEYS FOR PLAINTIFF
ELIZABETH PAYNE now known as
ELIZABETH DAVILA

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d), on this day, Plaintiff's attorneys served Plaintiff's Appendix to the Response to Motion for Summary Judgment to the following attorney, via e filing transmission.

Faith Simmons Johnson
Faith Johnson & Associates, LLP
5201 N. O'Connor Blvd., Ste. 500
Irving, Texas 75039

John D. Nixon
Wyde & Nation
3131 Turtle Creek, Ste. 901
Dallas, Texas 75219

Signed this 4th day of March, 2010.

s/Susan E. Hutchison

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ELIZABETH PAYNE, | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-09CV0595-B |
| | § | |
| FRIENDSHIP WEST BAPTIST CHURCH, | § | |
| INC., | § | |
|    Defendant | § | |

### AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| TARRANT COUNTY | § |

Before me, the undersigned authority, came on to be deposed and under oath stated as follows:

"My name is Susan Hutchison. I am over the age of twenty-one (21) and am in all respects qualified to make this Affidavit. The information contained herein is within my personal knowledge and is true and correct.

"I am the attorney representing Elizabeth Payne now known as Elizabeth Davila in this lawsuit. I am familiar with the documents included in the Appendix to Plaintiff's Response to the Motion for Summary Judgment and the exhibits tabbed 1 – 8 are all true and correct copies of the originals. Furthermore, all the exhibits included in the appendix are all incorporated by reference into the Response to the Motion for Summary Judgment."

Further Affiant sayeth not.

_____
Susan Hutchison

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, to certify which witness my hand and official seal on this 4th day of March, 2010.


JULIE KRISTI JONES
MY COMMISSION EXPIRES
February 17, 2013

Notary Public in and for
The State of Texas