JAN-12-2010 TUE 09:14 PM     Faith Johnson & Assoc.     FAX No. 9724013105         P. 011/016

Case 3:09-cv-00595-B   Document 38-3   Filed 03/04/10   Page 1 of 1   PageID 195

## Liz Moffitt

**From:** Liz Payne [lizpayne@verizon.net]
**Sent:** Tuesday, August 19, 2008 11:26 PM
**To:** Liz Moffitt

Liz may I have a formal reason for termination?

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its afffiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.