Loading "FW: Are you getting my Emails – Yahoo! Mail"  11/16/09 3:02 PM

Case 3:09-cv-00595-B   Document 38-7   Filed 03/04/10   Page 1 of 5   PageID 409



**FW: Are you getting my Emails**  Sunday, September 7, 2008 9:59 PM
"Liz Davila" <lizdavila@ymail.com>
jayg@ktvt.com

## Liz Davila Payne

--- On **Wed, 7/30/08, Elizabeth Payne <*epayne@friendshipwest.org*>** wrote:

> From: Elizabeth Payne <epayne@friendshipwest.org>
> Subject: FW: Are you getting my Emails
> To: mypic03@hotmail.com
> Date: Wednesday, July 30, 2008, 9:14 AM
>
> ?
> ?
>
> # Elizabeth Payne
> Executive Assistant to Senior Pastor,
> **Dr. Frederick D. Haynes, III**
> FriendshipWest Baptist Church
> **2020 W. Wheatland Rd.**
> Dallas, Texas 75232
> 972.228.5228 (Direct)
> 972.228.5203 (Fax)
>
> ---
>
> **From:** revw400@attglobal.net [mailto:revw400@attglobal.net]
> **Sent:** Tuesday, July 29, 2008 8:31 PM
> **To:** Elizabeth Payne
> **Subject:** Re: Are you getting my Emails
> ?
> Mi querida novia
>
> It is 2:30 in the morning and I woke up with you on my mind! Of course I think about you day and night.
>
> I am going to do my best to figure out a way for us to see each other!
>
> Buenos noches!
> Sent via BlackBerry from T-Mobile

Appx 221
Plaintiff 1

----- Original Message -----
From: revw400@attglobal.net <revw400@attglobal.net>
To: Elizabeth Payne
Sent: Tue Jul 29 14:42:02 2008
Subject: Re: Are you getting my Emails

I can't get online until Thursday when I get to Benin.

I have been traveling all day and this hotel we stopped in tonight has no internet connection!

Yes. I got your email! And it made me want to play carnival with you. Do you know how to play Carnival?

Give up? Okay! Here is how.......

You sit in my face and I guess your weight! (naughty smile!)

Sent via BlackBerry from T-Mobile

---

From: "Elizabeth Payne" <epayne@friendshipwest.org>
Date: Tue, 29 Jul 2008 11:39:11 -0500
To: <revw400@attglobal.net>
Subject: Are you getting my Emails

Did you get my email from this morning? I sent it around 630 and I was very descriptive. I thought I would have heard from you by now.

Elizabeth Payne

Executive Assistant to Senior Pastor,

Dr. Frederick D. Haynes, III

Friendship West Baptist Church

2020 W. Wheatland Rd.

Dallas, Texas 75232

972.228.5228 (Direct)

972.228.5203 (Fax)

---

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its

Appx 222
Plaintiff 2

affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.



**Re: Reason for immediate termination and you can reply to this email.**    Friday, August 1, 2008 3:11 PM

"Rev. Dr. Jeremiah Wright" <revw400@attglobal.net>
"Liz Davila" <lizdavila@ymail.com>

I am at a complete loss; but it is obvious that emails are not safe

> ----- Original Message -----
> **From:** Liz Davila
> **To:** revw400@attglobal.net
> **Sent:** Friday, August 01, 2008 9:53 AM
> **Subject:** Reason for immediate termination and you can reply to this email.
>
> For having an affair with Rev. Dr. Jeremiah A. Wright, Jr. I hope it was good for us both. Please say something to me, please tell me you didn't know about this. I am so upset right now. Please say something back to me.

Appx 224
Plaintiff 4



**Re:**  Saturday, August 9, 2008 5:22 PM

"Rev. Dr. Jeremiah Wright" <revw400@attglobal.net>
lizdavila@ymail.com

Can you talk to her and tell her you heard from her husband? He used the term affair and he has retreived her emails?

I told you I was scared.

Daddy J

> ----- Original Message -----
> **From:** Liz Davila
> **To:** Jeremiah Wright
> **Sent:** Saturday, August 09, 2008 4:19 PM
>
> And just for the record I have never said we had an affair....we emailed some content that was wrong and that was the end. There was no affair of any sort. I'm hearing stories that we met and it just keeps getting bigger and bigger and bigger. Please tell me how it got this way.
>
> Please tell me what you know. I am so scared and I just don't know what you want me to say other than I'm sorry.

Appx 225
Plaintiff 5