Subject: Re: R

I know he thinks he made the right decision!

I am in my new hotel and still can't get on line!

Sent via BlackBerry from T-Mobile

---

From: "Elizabeth Payne" <epayne@friendshipwest.org>
Date: Sun, 27 Jul 2008 14:08:47 -0500
To: <revw400@attglobal.net>
Subject: R

Well you may want to mention something about me to him. Just say something random like you think he made the right decsion hiring me and leave it at that. So are you still on your bus ride?

Elizabeth Payne

—— Original Message ——
From: revw400@attglobal.net <revw400@attglobal.net>
To: Elizabeth Payne
Sent: Sun Jul 27 12:49:14 2008
Subject: Re:

No, mi novia. He has never mentioned it.

Sent via BlackBerry from T-Mobile

---

From: "Elizabeth Payne" <epayne@friendshipwest.org>
Date: Sun, 27 Jul 2008 12:35:43 -0500
To: <revw400@attglobal.net>
Subject: Re:

He just knows I call you Pappi Guapo.? I was wondering if he had ever mentioned it to you. I never joke with him about anything other than your looks.

Elizabeth Payne

—— Original Message ——
From: revw400@attglobal.net <revw400@attglobal.net>
To: Elizabeth Payne
Sent: Sun Jul 27 12:29:23 2008
Subject: Re:

No he hasn't! Nor have I dared to say anything to him about how beautiful you are!

Sent via BlackBerry from T-Mobile

??????? ----- Original Message -----
??????? From: Elizabeth Payne <mailto:epayne@friendshipwest.org>?
??????? To: revw400@attglobal.net
??????? Sent: Sunday, July 27, 2008 7:24 PM
??????? Subject: Re: R

??????? Ok I can send you a phone and a card and have it to you in two days. Just say the word.
??????? Elizabeth Payne
???????
??????? ----- Original Message -----
??????? From: Rev. Dr. Jeremiah Wright <revw400@attglobal.net>
??????? To: Elizabeth Payne
??????? Sent: Sun Jul 27 18:51:21 2008
??????? Subject: Re: R
???????
??????? My Sprint Card does not work overseas.
???????
??????? ??????? ----- Original Message -----
??????? ??????? From: Elizabeth Payne <mailto:epayne@friendshipwest.org>
??????? ??????? To: revw400@attglobal.net
??????? ??????? Sent: Sunday, July 27, 2008 6:22 PM
??????? ??????? Subject: Re: R
???????
???????
??????? ??????? Sorry I can't help you with that one however do you have a internet card? I can get you one and send it to you. OR Does your cell phone and notebook both have Bluetooth?
??????? ??????? Elizabeth Payne
??????? ??????
??????? ??????? ----- Original Message -----
??????? ??????? From: Rev. Dr. Jeremiah Wright <revw400@attglobal.net>
??????? ??????? To: Elizabeth Payne
??????? ??????? Sent: Sun Jul 27 17:58:14 2008
??????? ??????? Subject: Re: R
??????? ??????
??????? ??????? It is their system here at the hotel
??????? ??????
??????? ?????????????????? ----- Original Message -----
??????? ?????????????????? From: Elizabeth Payne <mailto:epayne@friendshipwest.org>
??????? ?????????????????? To: revw400@attglobal.net
??????? ?????????????????? Sent: Sunday, July 27, 2008 3:35 PM
??????? ?????????????????? Subject: Re: R
??????? ??????
??????? ??????
??????? ?????????????????? Call our IT person Colin. He can get pastor on line everywhere and anytime. Is it on your end or is it the hotel? Do you have a card or do you need to use the hotels access?
??????? ?????????????????? Elizabeth Payne
??????? ?????????????????
??????? ?????????????????? ----- Original Message -----
??????? ?????????????????? From: revw400@attglobal.net <revw400@attglobal.net>
??????? ?????????????????? To: Elizabeth Payne
??????? ?????????????????? Sent: Sun Jul 27 15:28:27 2008

From: "Elizabeth Payne" <epayne@friendshipwest.org>
Date: Sun, 27 Jul 2008 10:35:04 -0500
To: <revw400@attglobal.net>
Subject:

Has my boss ever told you I think your are very attractive?
Elizabeth Payne

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended

Will it get me into trouble?
Elizabeth Payne

----- Original Message -----
From: Rev. Dr. Jeremiah Wright <revw400@attglobal.net>
To: Elizabeth Payne
Sent: Sun Jul 27 19:24:36 2008
Subject: Re: Re:

That kind of talk gets me hot and bothered!

??????? ----- Original Message -----
??????? From: Elizabeth Payne <mailto:epayne@friendshipwest.org>?
??????? To: revw400@attglobal.net
??????? Sent: Sunday, July 27, 2008 7:21 PM
??????? Subject: Re:


??????? No I need you.
??????? Elizabeth Payne
???????
??????? ----- Original Message -----
??????? From: Rev. Dr. Jeremiah Wright <revw400@attglobal.net>
??????? To: Elizabeth Payne
??????? Sent: Sun Jul 27 18:49:49 2008
??????? Subject: Re:
???????
??????? You need glasses
???????
??????? ??????? ----- Original Message -----
??????? ??????? From: Elizabeth Payne <mailto:epayne@friendshipwest.org>
??????? ??????? To: revw400@attglobal.net
??????? ??????? Sent: Sunday, July 27, 2008 6:33 PM
???????
???????
??????? ??????? Well its getting late where you are so I will say good night to my very attractive Novio. Sweet dreams mi guapo. I would tell you to get your beauty rest but its simply impossible for you to get any better looking.
??????? ??????? Elizabeth Payne
???????
???????
???????
??????? Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.
???????
???????

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

--Forwarded Message Attachment--
Subject: Re: Re:
Date: Sun, 27 Jul 2008 19:30:13 -0500
From: revw400@attglobal.net
To: epayne@friendshipwest.org

Y yo te quiero tambien!

> ----- Original Message -----
> **From:** Elizabeth Payne
> To: revw400@attglobal.net
> **Sent:** Sunday, July 27, 2008 7:28 PM
> **Subject:** Re: Re:
>
> Mr Wright you are wrong. You are the most sexy smart respected man I have ever known. And many many others believe the same. You are so good looking and you just keep getting better.
> Elizabeth Payne
>
> ----- Original Message -----
> From: Rev. Dr. Jeremiah Wright <revw400@attglobal.net>
> To: Elizabeth Payne
> Sent: Sun Jul 27 19:21:18 2008
> Subject: Re: Re:
>
> NOT!!!!
>
> ??????? ----- Original Message -----
> ??????? From: Elizabeth Payne <mailto:epayne@friendshipwest.org>?
> ??????? To: revw400@attglobal.net
> ??????? Sent: Sunday, July 27, 2008 7:20 PM
> ??????? Subject: Re: Re:
>
> ??????? Look whose talking sexy! I am nobody and you are nothing less than true greatness!

Elizabeth Payne

----- Original Message -----
From: Rev. Dr. Jeremiah Wright <revw400@attglobal.net>
To: Elizabeth Payne
Sent: Sun Jul 27 18:56:18 2008
Subject: Re: Re:

Your estimate of yourself is wa-a-a-a--ay off!

----- Original Message -----
From: Elizabeth Payne <mailto:epayne@friendshipwest.org>
To: revw400@attglobal.net
Sent: Sunday, July 27, 2008 6:06 PM
Subject: Re: Re:

Way too smooth babe! Why would you be interested in me anyway? You are one in a million and I am one of many.

Elizabeth Payne

----- Original Message -----
From: Rev. Dr. Jeremiah Wright <revw400@attglobal.net>
To: Elizabeth Payne
Sent: Sun Jul 27 17:59:03 2008
Subject: Re: Re:

The other several hundred and 99 have never told me, nor are they the ONE I am interested in, my bonita

----- Original Message -----
From: Elizabeth Payne <mailto:epayne@friendshipwest.org>
To: revw400@attglobal.net
Sent: Sunday, July 27, 2008 3:41 PM
Subject: Re:

See its that kind of talk that will get you into trouble!? You have so many admirers I'm sure you can't even begin to count them all. I am one of hundreds!

Elizabeth Payne

----- Original Message -----
From: revw400@attglobal.net <revw400@attglobal.net>
To: Elizabeth Payne
Sent: Sun Jul 27 15:31:58 2008
Subject: Re:

I wish you were in my arms right now!

Sent via BlackBerry from T-Mobile
_____

copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

--Forwarded Message Attachment--
Subject: Re:
Date: Sun, 27 Jul 2008 18:49:49 -0500
From: revw400@attglobal.net
To: epayne@friendshipwest.org

You need glasses

> ----- Original Message -----
> From: Elizabeth Payne
> To: revw400@attglobal.net
> Sent: Sunday, July 27, 2008 6:33 PM
>
> Well its getting late where you are so I will say good night to my very attractive Novio. Sweet dreams mi guapo. I would tell you to get your beauty rest but its simply impossible for you to get any better looking.
> Elizabeth Payne

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

--Forwarded Message Attachment--
Subject: Re: IMG00202.jpg
Date: Sun, 27 Jul 2008 18:52:04 -0500
From: revw400@attglobal.net
To: epayne@friendshipwest.org

Wow!

> ----- Original Message -----
> From: Elizabeth Payne
> To: revw400@attglobal.net
> Sent: Sunday, July 27, 2008 6:14 PM
> Subject: IMG00202.jpg
>
> I love wrapping myself up in this!
> Elizabeth Payne

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist

Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

--Forwarded Message Attachment--
Subject: Re: Fw:
Date: Sun, 27 Jul 2008 18:04:44 -0500
From: revw400@attglobal.net
To: epayne@friendshipwest.org

You in the car is absolutely beautiful (and sexy)

----- Original Message -----
From: Elizabeth Payne
To: revw400@attglobal.net
Sent: Sunday, July 27, 2008 5:57 PM
Subject: Fw:


Elizabeth Payne

----- Original Message -----
From: Liz Payne <lizpayne@verizon.net>
To: Elizabeth Payne
Sent: Sun Jul 27 17:53:32 2008
Subject:

<<Liz&Gwen.jpg>>

_____ <<mom.jpg>> _____ <<mom&Izzy.jpg>> \_\_\_\_\_

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Friendshipwest Baptist Church or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

I will – discretely

>---- Original Message ----
> **From:** Elizabeth Payne
> **To:** revw400@attglobal.net
> **Sent:** Sunday, July 27, 2008 4:40 PM
> **Subject:** Re: R
>
> Well it won't hurt to remind him. I may need some time off soon. (wink wink)
> Elizabeth Payne
>
> ---- Original Message ----
> **From:** revw400@attglobal.net <revw400@attglobal.net>
> **To:** Elizabeth Payne
> **Sent:** Sun Jul 27 16:30:23 2008
> **Subject:** Re: R
>
> He said that a couple of months after you started there.
>
> Sent via BlackBerry from T-Mobile
>
> ---
>
> From: "Elizabeth Payne" <epayne@friendshipwest.org>
> Date: Sun, 27 Jul 2008 16:00:01 -0500
> To: <revw400@attglobal.net>
> Subject: Re: R
>
>
> How do you know that?
> Elizabeth Payne
>
> ---- Original Message ----
> From: revw400@attglobal.net <revw400@attglobal.net>
> To: Elizabeth Payne
> Sent: Sun Jul 27 15:28:27 2008
> Subject: Re: R
>
> I know he thinks he made the right decision!
>
> I am in my new hotel and still can't get on line!
>
> Sent via BlackBerry from T-Mobile
>
> ---
>
> From: "Elizabeth Payne" <epayne@friendshipwest.org>
> Date: Sun, 27 Jul 2008 14:08:47 -0500
> To: <revw400@attglobal.net>
> Subject: R
>
>
> Well you may want to mention something about me to him. Just say something random like you think he made the right decsion hiring me and leave it at that. So are you still on your bus ride?