IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIZABETH PAYNE,<br>   Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3-09CV0595-B |
| FRIENDSHIP WEST BAPTIST CHURCH,<br>INC.,<br>   Defendant | §<br>§<br>§<br>§ | |

## AFFIDAVIT OF ELIZABETH DAVILA FORMERLY KNOWN AS ELIZABETH PAYNE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TARRANT | § |

Before me, the undersigned authority, came on to be deposed and under oath stated as follows:

"My name is Elizabeth Davila formerly known as Elizabeth Payne. I am over the age of twenty-one (21) and am in all respects qualified to make this Affidavit. The information contained herein is within my personal knowledge and is true and correct.

"I am the Plaintiff in this case.

"I am in all respects qualified to make this affidavit and everything in it is within my personal knowledge and is true and correct.

"I was hired by Friendship West Baptist Church in January 2008 as an Administrative Assistant to Reverend Frederick Haynes. There is a job description for my job that applies equally to all administrative assistants for the pastors. The job description does not say anything about working Saturdays and Sundays.

"I met all of the qualifications for the position. I had approximately fourteen years experience in work that was either as administrative assistant or similar. I had experience fielding phone calls, making travel arrangements, creating correspondence, customer service, public relations, providing reports, reconciling reports, placing employees in various positions as a headhunter, arranging special events, including addressing all necessary details. I was familiar with the church hierarchy and organization. I worked for Bacardi Imports, Tichner Media System (now Univision), Whitley Penn & Associates, Fort Worth Independent School District, Fort Worth Museum of Science and History and McSearch company. I was never fired from any prior job. They all provided experience in the same type of responsibilities as the church administrative assistant position. I learned to be a good multi-tasker and a team player. I learned to address problems in the workplace and deal with crises that occurred."

"I performed well in my job and worked very hard. There were a few minor bumps in the road that I was corrected on, but they were minor issues and I was never written up. In fact, I was told that I was doing a good job. My job responsibilities were the same as those of Charlotte Rhone, the administrative assistant for Danielle Ayers. Since Danielle was in the chain of command under Reverend Haynes, he was the one ultimately responsible for Charlotte Rhone and had the authority to hire her and fire her.

"At the time of my termination, I was the only white, Hispanic, female working at Friendship West and the only other Hispanics were the cleaning crew. No other whites or Hispanics were employed by Friendship West. After my termination, my position was filled by an African-American female.

"Shortly before my termination, I believed that someone had discovered emails and other information suggesting that I was involved in an interracial relationship with an African-

American male, Rev. Jeremiah Wright. I was told by co-workers that African-Americans should not be involved in relationships with those who were not African-Americans and disapproved of her relationship with the African-American male.

"I went and had a conversation about the emails and relationship with Liz Moffiitt in Human Resources and asked her what I should do. She did not provide any specific advice but she did acknowledge the exchange.

"Shortly after I was thought to be in a relationship with an African-American male, my employment was terminated.

"With regard to the Harvard report, Veta Holt sent all of her information directly to Tonya Neal. Tonya Neal told me that she would be the one putting it together. Eventually, everyone sent their information directly to Tonya Neal because she wanted to handle the formatting.

"I was never told there was any problem not answering my cell phone and, in fact, I was never without my phone and always answered it diligently. I was never told there was any problem with not checking in on Sundays or that I was supposed to be doing that. I don't recall missing any Mondays and was never told that was an issue."

Further Affiant Sayeth Not.

_____
Elizabeth Davila f/k/a Elizabeth Payne

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, to certify which witness my hand and official seal on this _____ day of March, 2010.

_____
Notary Public in and for
The State of Texas

[Notary Seal: JULIE KRISTI JONES, MY COMMISSION EXPIRES February 17, 2013]

Page 3

Appx 237