IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ELIZABETH PAYNE, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-09CV0595-B |
| | § | |
| FRIENDSHIP WEST BAPTIST CHURCH, INC., | § | |
| | § | |
| Defendant | § | |
| | | |

PLAINTIFF'S WITNESS LIST

A.  Probable Witnesses:

1.  Elizabeth Davila aka Elizabeth Payne
    address
    Summary:   All aspects of her claim, including her qualifications, disparate treatment, interactions with employees and Rev. Haynes, conduct at job, interaction with others during employment, termination.
    Deposed:    Yes
    Expected duration of direct:  one hour

2.  Liz Moffett
    5201 N. O'Connor Blvd., Suite 500
    Irving, Texas 75039
    Summary:   All aspects of Human Resources, interactions with Plaintiff, knowledge of other relationships of Rev. Haynes, disparate treatment of Plaintiff, policies and procedures, discipline of employees, termination, racial motivations, racially disparate attitudes.
    Deposed:    Yes
    Expected duration of direct:  two hours

3.  Tonya Neal
    5201 N. O'Connor Blvd., Suite 500
    Irving, Texas 75039
    Summary:   Disparate treatment of Plaintiff, racially disparate attitudes, work environment, interactions with Plaintiff, job duties, conduct at work
    Deposed:    Yes
    Expected duration of direct: 45 minutes

4.   Veta Holt
     5201 N. O'Connor Blvd., Suite 500
     Irving, Texas 75039
     Summary:   Racial attitudes, disparate treatment, discipline, conduct at work, policies and procedures, job duties, termination
     Deposed:   Yes
     Expected duration of direct: 45 minutes

5.   Dr. Frederick Haynes
     5201 N. O'Connor Blvd., Suite 500
     Irving, Texas 75039
     Summary:   Racial attitudes, racial motivation, disparate treatment, discipline, job duties, policies and procedures, termination, personal relationships.
     Deposed:   Yes
     Expected duration of direct: one and a half hours

B.   Possible Witnesses:

1.   Danielle Ayers
     2020 West Wheatland Road
     Dallas, Texas 75232
     Summary:   Racial attitudes, racial motivation, disparate treatment, job duties, work conduct.
     Deposed:   No
     Expected duration of direct:  30—45  minutes

2.   Lora Clack
     2020 West Wheatland Road
     Dallas, Texas 75232
     Summary:   Racial attitudes, racial motivation, Rev. Haynes' relationships, work conduct.
     Deposed:   No
     Expected duration of direct:  30 minutes

3.   Stephanie Johnson
     2020 West Wheatland Road
     Dallas, Texas 75232
     Summary:   Racial attitudes, racial motivation, Rev. Haynes' relationships, work conduct.
     Deposed:   No
     Expected duration of direct

4.   Monique Munroe
     2020 West Wheatland Road
     Dallas, Texas 75232

      Summary:    Racial attitudes, racial motivation, Rev. Haynes' relationships, work conduct.

      Deposed:    No
Expected duration of direct:

5. Lisa Harrod
   2730 NE 183rd St.
   Hialeah, FL  33010
   Summary:    Relationship with Rev. Haynes
   Deposed:    No
   Expected duration of direct: 20 minutes

6. Maggie Anderson
   1163 Clarence Ave
   Oak Park, IL  60304
   Summary:    Relationship with Rev. Haynes
   Deposed:    No
   Expected duration of direct:  20 minutes

7. Rev. Dr. Jeremiah A. Wright Jr
   2020 West Wheatland Road
   Dallas, Texas 75232
   Summary:    Relationship with Rev. Haynes, relationship with Plaintiff, Plaintiff's work product
   Deposed:    No
   Expected duration of direct:  45 minutes

8. Rick Hill
   2020 West Wheatland Road
   Dallas, Texas 75232
   Summary:    Racial attitudes, racial motivation, Rev. Haynes' relationships, work conduct.
   Deposed:    No
   Expected duration of direct:  30 minutes

9. Jack Akana, Jr.
   2020 West Wheatland Road
   Dallas, Texas 75232
   Summary:    Disparate treatment of Plaintiff, racially disparate attitudes, work environment, interactions with Plaintiff, job duties, conduct at work
   Deposed:    No
   Expected duration of direct:  30 minutes

10. Tia Bottom
    2020 West Wheatland Road

    Dallas, Texas 75232
    Summary: Disparate treatment of Plaintiff, racially disparate attitudes, work environment, interactions with Plaintiff, job duties, conduct at work
    Deposed: No
    Expected duration of direct: 20 minutes

11.   Stephanie Washington
    2020 West Wheatland Road
    Dallas, Texas 75232
    Summary: Disparate treatment of Plaintiff, racially disparate attitudes, work environment, interactions with Plaintiff, job duties, conduct at work
    Deposed: No
    Expected duration of direct: 30 minutes

12.   Marcus King
    2020 West Wheatland Road
    Dallas, Texas 75232
    Summary: Disparate treatment of Plaintiff, racially disparate attitudes, work environment, interactions with Plaintiff, job duties, conduct at work
    Deposed: No
    Expected duration of direct: 30 minutes

C.   <u>Experts</u>:

1.   Susan E. Hutchison
    611 S. Main Street, Suite 700
    Grapevine, Texas 76051
    Summary: The reasonable and necessary attorney fees incurred by Plaintiff for the prosecution of this case through Judgment and any ensuing appeals.
    Deposed: No
    Expected duration of direct: expected to be addressed through post verdict motion

2.   S. Rafe Foreman
    611 S. Main Street, Suite 700
    Grapevine, Texas 76051
    Summary: The reasonable and necessary attorney fees incurred by Plaintiff for the prosecution of this case through Judgment and any ensuing appeals.
    Deposed: No
    Expected duration of direct: expected to be addressed through post verdict motion

D.   <u>Records Custodians</u>:

    None

          Respectfully submitted,


          s/Susan E. Hutchison
          Susan E. Hutchison
          Texas Bar No. 10354100
          hutch@ seeyouincourt.com

          S. Rafe Foreman
          Texas Bar No. 07255200
          warriorforjustice@seeyouincourt.com

          Kern Lewis
          Texas Bar No. 12295320
          lewis@ seeyouincourt.com

          FOREMAN, LEWIS & HUTCHISON, PC
          611 S. Main St., Ste. 700
          Grapevine, TX 76051
          Tel.  817-336-5533
          Fax  817-336-9005


## CERTIFICATE OF SERVICE

  This is to certify that on this 19th day of May, 2010, a true and correct copy of the above and foregoing document was served on the following attorney of record via ECF filing:

Faith Simmons Johnson
Faith Johnson & Associates, LLP
5201 N. O'Connor Blvd., Ste. 500
Irving, Texas  75039


          s/Susan E. Hutchison
          Susan E. Hutchison