UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIZABETH PAYNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-0595-B |
| | § | |
| FRIENDSHIP WEST BAPTIST | § | |
| CHURCH, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 18, 2010, Plaintiff filed correspondence (doc. 69) with the Court seeking clarification as to the Court's order issued at the Pretrial Conference held May 28, 2010 regarding the depositions of certain witnesses. On June 22, 2010, Defendant filed a Response (doc. 71) in which it similarly indicated the Parties were disagreeing as to the effect of the Court's prior order. Accordingly, the Court hereby **ORDERS** that the following witnesses be made available for deposition prior to the scheduled trial date: Debra Moten, Cornell Towns, Briana Parker, Stephanie Canady, Jay Gromely, Dr. Jeremiah Wright, Patrick West, Jack Akana, Tia Bottom, Marcus King, Fred Payne, and Deborah Pritchett. However, the Court further **ORDERS** such witnesses need not be made available for deposition if Defendant withdraws their name as potential witnesses.

SO ORDERED.

DATED June 24, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -