# Foreman, Lewis & Hutchison P.C.

Warriors for Justice.com

Susan Hutchison
Email: Hutch@seeyouincourt.com

Board Certified – Personal Injury Trial Law
Texas Board of Legal Specialization

August 2, 2010

Honorable Jane Boyle
Northern District of Texas
1100 Commerce St., Room 1376
Dallas, Texas 75242

Re: *Payne v. Friendship West Baptist Church; Case No. 3:09-cv-00595-B*

Dear Judge Boyle:

The parties in this case believed that they had a settlement agreement. However, the parties cannot reach agreement concerning the non-monetary provisions desired by the Defendant. As a result, there is no settlement of this case and we ask that the case be placed back on the trial court's docket. Additionally, Plaintiff asks to be allowed further opportunity to obtain the deposition of Rev. Wright who will apparently be returning from out of the country in September. Plaintiff will file a motion if the Court deems it necessary under the circumstances. Thank you for your patience and assistance.

Sincerely,

Susan E. Hutchison

cc: Faith Johnson