IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| **ELIZABETH PAYNE,** | § | |
| Plaintiff | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3-09CV0595-B** |
| | § | |
| **FRIENDSHIP WEST BAPTIST CHURCH, INC.,** | § | |
| | § | |
| Defendant | § | |

## AGREED MOTION TO DISMISS

**COMES NOW,** Elizabeth Payne, ("Plaintiff"), and Friendship West Baptist Church, Inc., ("Defendant"), (sometimes collectively referred to as "the Parties") and file this Agreed Motion to Dismiss and for cause therein would respectfully show the Court as follows:

1. The Parties have reached an agreement as to all issues raised in this cause. Therefore, there is no longer a dispute requiring a decision from the court, and it is appropriate that the case be dismissed with prejudice to refiling same.

**WHEREFORE, PREMISES CONSIDERED**, the Parties move the Court to enter an Order dismissing the above–referenced cause with prejudice, with all costs taxed to the party incurring them and for all other relief available at law or equity.

Respectfully submitted,

**AGREED AS TO FORM AND SUBSTANCE:**

/S/Faith Simmons Johnson
FAITH SIMMONS JOHNSON
State Bar No. 18367550

AGREED MOTION TO DISMISS                                                                 1

Faith Johnson & Associates, LLP
5201 N. O'Connor Blvd., Suite 500
Irving, Texas 75039
Tel:  (972) 401-3100
Fax:  (972) 401-3105
ATTORNEY FOR DEFENDANT


/S/Susan E. Hutchison
SUSAN E. HUTCHISON
Texas State Bar No.  10354100

Foreman, Lewis & Hutchison, P.C.
611 South Main Street, Suite 700
Grapevine, Texas 76051

Tel: (817) 336-5533
Fax: (817) 336-9005
ATTORNEY FOR PLAINTIFF